IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVELLOUS A.X. GREENE,

    Plaintiff,                      No. CIV S-05-0330 GEB JFM P

    vs.

C.D.C., et al.,

    Defendants.              ORDER

_____/

        Plaintiff has requested an extension of time to file and serve an opposition or statement of non-opposition to defendants' April 4, 2006 motion to dismiss pursuant to the court's order of May 19, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's May 31, 2006 motion for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition or statement of non-opposition to defendants' April 4, 2006 motion to dismiss. Defendants' reply, if any, shall be filed seven days thereafter.

DATED: June 12, 2006.

UNITED STATES MAGISTRATE JUDGE

/mp;gree0330.36