IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVELLOUS A.X. GREENE,

      Plaintiff,                    No. CIV S-05-0330 GEB JFM P

    vs.

C.D.C., et al.,

      Defendants.             <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se in a civil rights action under 42 U.S.C. § 1983. On February 8, 2008, Defendants filed a request for a one-week extension of time to file objections to the Amended Findings and Recommendations dated February 8, 2008.

        Good cause having been presented to the Court and good cause appearing, IT IS HEREBY ORDERED that defendants are granted an extension of time to and including February 26, 2008, in which to file objections to the Amended Findings and Recommendations.

DATED: February 13, 2008.

                                  _____
                                  UNITED STATES MAGISTRATE JUDGE

/gree0330.ext