IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVELLOUS A.X. GREENE,

      Plaintiff,                  No. 2:05-cv-0330 GEB JFM (PC)

  vs.

C.D.C., et al.,

      Defendants.             ORDER

_____/

      Defendants have requested an extension of time until July 17, 2008 to serve responses to discovery requests propounded by plaintiff on April 28, 2008. Defendants' responses are presently due on or before June 12, 2008. Discovery closes in this action on July 11, 2008. See Scheduling Order filed March 17, 2008. Good cause appearing, defendants' request for extension of time will be granted in part. Defendants will be granted an extension of time until June 27, 2008 to serve responses to plaintiff's discovery requests. No further extensions of time will be granted.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Defendants' June 4, 2008 request for an extension of time is granted in part; and

/////

1

2. Defendants' responses to plaintiff's April 28, 2008 discovery requests shall be served on or before June 27, 2008. No further extensions of time will be granted.

DATED: June 10, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

12
gree0330.dext

2