IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MARVELLOUS A. X. GREENE,** | 2:05-cv-0330 GEB JFM P |
| Plaintiff, | **ORDER VACATING PRETRIAL DATES** |
| v. | |
| C.D.C., et al., | |
| Defendants. | |

The Court has considered defendants' motion to vacate pretrial dates and good cause appearing,

IT IS ORDERED that defendants' motion to vacate (#75) be granted; the pretrial dates are vacated pending decisions on plaintiff's motion for summary judgment and defendants' cross-motion for summary judgment; the May 19, 2009 trial date before the Honorable Garland E. Burrell is also vacated. These dates shall be rescheduled, if necessary, after decision are made on these motions.

DATED: February 4, 2009.

UNITED STATES MAGISTRATE JUDGE