IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVELLOUS A.X. GREENE,

    Plaintiff,                      2;05-cv-0330-GEB-JFM-P

    vs.

C.D.C., et al.,

    Defendants.              <u>ORDER</u>

                              /

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. On April 23, 2009, this court issued an order granting summary judgment for defendants. Judgment was entered on the same day. On April 30, 2009, plaintiff filed a motion to vacate the judgment pursuant to Fed. R. Civ. P. 59(e) and to disqualify the undersigned pursuant to 28 U.S.C. § 455. Plaintiff has not shown any grounds that support setting aside the judgment or that warrant disqualification of the undersigned.

/////

/////

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's April 30, 2009 motion is
2  denied.
3  Dated: August 13, 2009

GARLAND E. BURRELL, JR.
United States District Judge